IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00092-RPM

STEVEN McSWAIN and
WENDY McSWAIN,

    Plaintiffs,
v.

HARTFORD FIRE INSURANCE COMPANY and
SPECIALTY RISK SERVICES, LLC,

    Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    Plaintiffs' unopposed Motion for Order to Change Scheduling Conference Date and Time to February 14, 2008, at 2:00 P.M.[7] is granted. The proposed scheduling order shall be submitted directly to chambers by **4:00 p.m. on February 7, 2008.**


DATED: January 23, 2008