IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00092-RPM

STEVEN McSWAIN and
WENDY McSWAIN,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, and
SPECIALTY RISK SERVICES, LLC,

    Defendants.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice. The Court, having reviewed the Stipulation and being fully apprised in the premises, hereby FINDS, CONCLUDES and ORDERS as follows:

Inasmuch as a complete resolution of all claims has been concluded, this civil action is hereby DISMISSED, with prejudice, each party to pay his, her, or its own costs and attorney fees under Fed. R. Civ. P. 41(a)(1)(ii).

Dated this 25th day of January, 2008.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          UNITED STATES DISTRICT COURT